UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIUS L. HOWZE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>J. PIGEON,<br><br>　　　　Defendant. | No. 2:97-cv-0183 DB P<br><br><br>ORDER |

  Plaintiff is a state prisoner who was proceeding pro se and in forma pauperis with an action under 42 U.S.C. § 1983. After a jury trial in 2003, judgment was entered for defendant Pigeon. Plaintiff thereafter filed a notice of appeal. On July 23, 2004, the Ninth Circuit Court of Appeals dismissed plaintiff's appeal for failure to file the opening brief on appeal.

  On October 20, 2008, plaintiff filed a letter explaining that he was being assessed more than the $105 filing fee he was obligated to pay. Since then, plaintiff has filed several letters and copies of his trust account statements attempting to show that he has been improperly assessed $255, rather than $105. On August 1, 2018, plaintiff filed a "Motion to Strike" regarding the allegedly improperly collected filing fees.

  Plaintiff is advised that he was assessed two filing fees for this action. When he filed his complaint in this district court in 1997, he was granted in forma pauperis status and advised that he was obligated to pay the filing fee of $150. (See Mar. 18, 1997 Orders (ECF Nos. 2 and 3).)

1

The court directed CDCR to collect monthly payments from plaintiff's prison trust account each time the account exceeded $10.00. When plaintiff filed his appeal, he was again granted in forma pauperis status. (See Aug. 18, 2003 Order (ECF No. 168).) The Court of Appeals advised plaintiff that he was obligated to pay the $105 filing fee for the appeal. Again, that fee would be paid over time from plaintiff's trust account.

Plaintiff was assessed a total of $255 in fees to file his complaint in this court ($150) and to file his appeal in the Court of Appeals ($105).

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to strike (ECF No. 174) is denied.

Dated: October 19, 2018

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/prisoner-civil rights/howz0183.fees